# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 17-CV-23360-GAYLES/OTAZO-REYES

**BRAMAN MOTORS, INC., et.al.,**

    **Plaintiffs,**

v.

**BMW OF NORTH AMERICA, LLC,**

    **Defendant.**

_____/

## AMENDED SCHEDULING ORDER

**THIS CAUSE** came before the Court on the parties' Joint Motion to Modify Scheduling Order [ECF No. 155]. The Court agrees that an extension of deadlines is warranted. Accordingly,

This case is set for trial during the Court's two-week trial calendar beginning on **Monday, December 07, 2020**. The **Calendar Call** will be held at **9:30 a.m. on Wednesday, December 02, 2020**. A **Status Conference** will be held at **10:00 a.m. on Wednesday, August 12, 2020**. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Written lists containing the names and addresses of all witnesses intended to be called at trial by | **4/17/2020** |
| 2. | Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **3/20/2020** |
| 3. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **5/15/2020** |
| 4. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **6/1/2020** |
| 5. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **11/15/2019** |
| 6. | Fact discovery shall be completed by | **2/17/2020** |

| | | |
|---|---|---|
| 7. | Expert discovery shall be completed by | **6/15/2020** |
| 8. | Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by | **7/10/2020** |
| 9. | Mediation shall be completed by | **2/28/2020** |
| 10. | All pretrial motions and memoranda of law, including motions in limine, shall be filed by | **9/11/2020** |
| 11. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **10/9/2020** |
| 12. | Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by | **11/23/2020** |

All other terms of the prior Scheduling Order [ECF No. 39] shall remain in effect.

**DONE AND ORDERED** in Chambers at Miami, Florida, this **Monday, November 04, 2019.**

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:   Magistrate Judge Otazo-Reyes
      All Counsel of Record