**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**BRAMAN MOTORS, INC.**, d/b/a **BRAMAN BMW, PALM BEACH IMPORTS, INC.,** d/b/a **BRAMAN MOTORCARS,** and **The DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES** of the State of Florida, for the use and benefit of Braman Motors, Inc. and Palm Beach Imports, Inc.,

      Plaintiffs,

v.

**BMW OF NORTH AMERICA, LLC,** and **BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT**,

      Defendants.

Case No. 17-cv-23360-DPG

## **PLAINTIFFS' APPEAL PURSUANT TO LOCAL RULE 4(a)(1)**

On December 20, 2021, Plaintiffs filed a motion for leave to supplement the summary judgment record with new evidence regarding the potential impact on Plaintiff Braman Motors, Inc. ("Braman Miami") of the Service Effectiveness component of the Added Value Program (ECF #330). On January 27, 2022, Magistrate Judge Otazo-Reyes denied that motion (ECF #341).

Because that motion related to the summary judgment record, Plaintiffs believe that any review of that motion and decision should be treated together with any potential review of the forthcoming report and recommendation on the pending cross-motions for summary judgment. Out of an abundance of caution and pursuant to Local Rule 4(a)(1) of the Magistrate Judge Rules, for the reasons stated in Plaintiffs' briefing and during Oral Argument on January 26, 2022, Plaintiffs file this notice of appeal to the District Court to preserve the right to address the motion for leave and the evidence it sought to add to the record should it become necessary during briefing to the District Court regarding the forthcoming report and recommendation.

Dated: February 9, 2022

Respectfully submitted,

**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle
Coral Gables, FL 33134
Tel: (305) 476-7000

By: */s/ Curtis Miner*
Roberto Martínez (Florida Bar # 305596)
Curtis Miner (Florida Bar # 885681)

**ARENT FOX LLP**

By:*/s/ Charles Gallaer*
Russell P. McRory (Pro Hac Vice)
Michael P. McMahan (Pro Hac Vice)
Charles A. Gallaer (Florida Bar # 117729)
1301 Avenue of the Americas, Fl. 42
New York, NY 10019
Tel: (212) 484-3900
Fax: (212) 484-3990

Taniel E. Anderson (Pro Hac Vice)
1717 K St., NW
Washington, DC 20006
Tel: (202) 857-6000
Fax: (202) 857-6395

David S. Leibowitz
General Counsel
Brian J. Shack
Associate General Counsel
Braman Management Association
2060 Biscayne Blvd, Second Floor
Miami, FL 33137

*Counsel for Plaintiffs*