UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-23360-GAYLES/OTAZO-REYES

**BRAMAN MOTORS, INC.,**
for itself and in the name of the
Department of Highway Safety and
Motor Vehicles of the State of Florida,
for its use and benefit, and doing business
as Braman BMW,
**PALM BEACH IMPORTS, INC.,**
for itself and in the name of the
Department of Highway Safety and
Motor Vehicles of the State of Florida,
for its use and benefit, and doing business
as Braman Motorcars,
**THE DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR VEHICLES**
of the State of Florida, for the use and
benefit of Braman Motors, Inc. and
Palm Beach Imports, Inc.,

      Plaintiffs,

v.

**BMW OF NORTH AMERICA, LLC,**
and **BAYERISCHE MOTOREN WERKE
AKTIENGESELLSCHAFT**,

      Defendants.
_____/

**<u>AMENDED ORDER</u>**[1]

    **THIS CAUSE** comes before the Court on Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation (the "Report") [ECF No. 344] regarding Defendant Bayerische Motoren Werke Aktiengesellschaft's ("BMW AG") Motion to Dismiss Plaintiffs' Fourth

---

[1] This Amended Order corrects typographical errors in the previous Order, as well as corrects a scrivener's error in the signing date.

Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(2) for Lack of Personal Jurisdiction and 12(b)(6) for Failure to State a Claim (the "Motion") [ECF No. 275]. On February 17, 2021, Plaintiffs filed their Fourth Amended Complaint against BMW of North America, LLC and BMW AG. [ECF No. 222]. On June 11, 2021, BMW AG moved to dismiss the Fourth Amended Complaint for lack of personal jurisdiction and for failure to state a claim. [ECF No. 275]. On August 5, 2021, the Court referred this matter to Judge Otazo-Reyes, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pre-trial, non-dispositive matters and a report and recommendation on all dispositive matters. [ECF No. 289]. On February 16, 2022, Judge Otazo-Reyes issued her Report recommending that the Motion should be granted and the Fourth Amended Complaint should be dismissed with prejudice as to BMW AG. No objections were timely filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having reviewed the Report for clear error, the Court agrees with Judge Otazo-Reyes's well-reasoned analysis and conclusion that the Motion should be granted and the Fourth Amended Complaint should be dismissed with prejudice as to BMW AG.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation, [ECF No. 344], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Defendant Bayerische Motoren Werke Aktiengesellschaft's Motion to Dismiss Plaintiffs' Fourth Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(2) for Lack of Personal Jurisdiction and 12(b)(6) for Failure to State a Claim, [ECF No. 275], is **GRANTED**.

3. Plaintiffs' Fourth Amended Complaint, [ECF No. 222], is **DISMISSED with prejudice** as to Defendant Bayerische Motoren Werke Aktiengesellschaft only.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 28th day of March, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE